**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Dante Nixon,

        Plaintiff,

v.

Early Warning Services LLC, et al.,

        Defendants.

No. CV-25-03844-PHX-MTL

**ORDER**

Before the Court are Plaintiff's Motion for Leave to File Amended Complaint (Doc. 5) and the parties' Stipulation for Extension of Time to Answer Complaint (Doc. 22).

Because this case does not fall within the categories set out in Federal Rule of Civil Procedure 15(a)(1), Plaintiff "may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). A district court has discretion whether to grant or deny leave to amend. *Forman v. Davis*, 371 U.S. 178, 182 (1962). Leave should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). But leave is not required when amending the complaint "would cause the opposing party undue prejudice, is sought in bad faith, constitutes an exercise in futility, or creates undue delay." *Ascon Props., Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989). Because no defendant has filed an opposition, the Court will grant Plaintiff's Motion for Leave to File Amended Complaint (Doc. 5).

Since there will be a new operative complaint, the Court will deny as moot the stipulation to extend the time for Defendant Early Warning Services LLC to respond to the

complaint (Doc. 22). The Court will set January 8, 2026—Early Warning Services' requested deadline to respond to the original complaint—as the deadline for all defendants to respond to the amended complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (Doc. 5) is **GRANTED**. Plaintiff's First Amended Complaint, attached as Exhibit A to Plaintiff's motion (Doc. 5-1), may be filed with the Court no later than **December 19, 2025**, pursuant to LRCiv 15.1.

**IT IS FURTHER ORDERED** that the stipulation (Doc. 22) is **DENIED** as moot.

**IT IS FINALLY ORDERED** that all Defendants must file a response to the amended complaint no later than **January 8, 2026**.

Dated this 16th day of December, 2025.

Michael T. Liburdi
United States District Judge